# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

LINDA K. KENT,

    Plaintiff,

v.                                          CASE NO. 1:14-cv-00113-MP-GRJ

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

_____/

## **O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated August 17, 2015. (Doc. 17). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Plaintiff has filed objections at doc. 20. I have made a *de novo* review based on those objections.

Having considered the Report and Recommendation, and the timely filed objections, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.    The Magistrate Judge's Report and Recommendation (doc. 17) is adopted and incorporated by reference in this order.

2.    The decision of the Commissioner, denying benefits, is AFFIRMED.

**DONE AND ORDERED** this  *14th* day of September, 2015

                                                *s/Maurice M. Paul*
                                          Maurice M. Paul, Senior District Judge